**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1773**

ORLY TAITZ,

        Plaintiff – Appellant,

   and

DEFEND OUR FREEDOMS FOUNDATION,

        Plaintiff,

        v.

CAROLYN COLVIN, Commissioner of the Social Security
Administration,

        Defendant – Appellee,

   and

SSA NOTIFY,

        Party-in-Interest.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Ellen L. Hollander, District Judge.
(1:13-cv-01878-ELH)

Submitted: November 21, 2014     Decided: November 25, 2014

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

Orly Taitz, Appellant Pro Se. Molissa Heather Farber, OFFICE OF THE UNITED STATES ATTORNEY, Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Orly Taitz appeals the district court's orders granting summary judgment to Defendant in this action alleging failure to comply with a Freedom of Information Act request; denying Taitz's motion to reconsider; and denying her motion to reopen and recuse. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taitz v. Colvin, No. 1:13-cv-01878-ELH (D. Md. May 13, 2014; June 13, 2014; July 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED